## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                              )
                                    )        **CASE NO. 15-11582**
**JERRY R. PARRISH,**               )
                                    )        **CHAPTER 13**
        DEBTOR.                     )

**PURSUANT TO LBR 3007, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### OBJECTION TO COURT CLAIM #001 BY
### HEADWATERS FINANCIAL IN THE AMOUNT $399.50

COME(S) NOW THE DEBTOR(S), Jerry R. Parrish, by and through counsel, in the above styled cause and object(s) to the following claim(s) made by Headwaters Financial In support thereof, the Debtor(s) offers the following:

1. The Debtor filed the underlying bankruptcy case on August 6, 2015.

2. Said creditor was listed as a secured creditor on the Petition to be paid outside of the Chapter 13 Plan.

3. Creditor filed an arrearage claim in the amount of $399.50

4. Debtor is current with their payments to Headwaters Financial. (See Exhibit A)

5. Said arrearage claim should be disallowed.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Debtor(s) pray(s) that this Court will enter an Order disallowing the above-mentioned claim.

Respectfully submitted,
By: _/s/ Rafael Gil III_____
Rafael Gil III
Attorney for the Debtors

OF COUNSEL:

LAW OFFICES OF RAFAEL GIL, III, P.C.
111 Adris Place Suite 5
Dothan, AL 36302
(334) 673-0100
(334) 673-1300 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing instrument upon Headwaters Financial, 11180 Alpharetta Hwy., Roswell, GA 30076 and the Honorable Curtis C. Reding, Chapter 13 Trustee, VIA CM/ECF, by first class mail, postage prepaid and properly addressed, on this the 7th day of October 2015.

                                                             /s/ Rafael Gil III_____
                                                           OF COUNSEL