## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | : |
| | : |
| JERRY R. PARRISH, | : CHAPTER 13 |
| | : CASE NO. 15-11582 |
| DEBTOR. | : |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #1 OF HEADWATERS FINANCIAL CORPORATION

Comes now, Headwaters Financial Corporation, by and through counsel, Michael A. Harrison, and hereby answers the Debtor's Objection to Claim #1 and therefore states as follows:

1. The Debtor was in default when his Chapter 13 case was filed. However, the Debtor cured the default as the debt to Creditor was "direct" pay.

2. The Debtor is again in default for the amount of $984.76 for the months of October 2015 and November 2015.

**WHEREFORE,** Headwaters Financial Corporation hereby requests that the claim be allowed as filed.

/s/ Michael A. Harrison
Michael A. Harrison
Attorney for Headwaters Financial Corporation

OF COUNSEL:
**KEY, GREER, HARRISON & CASEY**
Post Office Box 360345
Birmingham, Alabama 35236-0345
(205) 987-2211

## CERTIFICATE OF SERVICE

      I certify that I have served a copy of the above and foregoing on the following electronically CM/ECF this the 6th day of November, 2015.

Rafael Gil, III
111 Adris Place, Suite 5
Dothan, AL 36303
rgil@wiregrassattorneys.com

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

                                                */s/ Michael A. Harrison*
                                                Michael A. Harrison
                                                Attorney for Movant